IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

REEM AL-BATAINEH                                                                                          PLAINTIFF

V.                                                                            CIVIL ACTION NO. 3:08cv503-HTW-LRA

THE TRAVELERS INDEMNITY COMPANY,
JOHN DOE PERSONS (1-10), AND UNKNOWN
ENTITIES (1-10)                                                                                         DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS DAY this cause came before this Court *sua sponte* after reviewing the docket. After the Plaintiff's counsel was allowed to withdraw pursuant to this Court's April 23, 2009, Order, the Plaintiff failed to hire new counsel or express her intentions as directed in the April 23, 2009, Order. This Court then issued its June 9, 2009, Order to Show Cause, notifying the Plaintiff that she had until June 30, 2009, to notify this Court of her intentions regarding the future pursuit of this action. This Court also ordered that in the event the Plaintiff hired new counsel, an entry of appearance must be filed on or before June 30, 2009. Having failed to respond to the April 23, 2009, and June 9, 2009, Orders, this Court finds that the Plaintiff's claims should be dismissed without prejudice.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that the cause of action of Plaintiff, Reem Al-Bataineh, against the Defendants be and the same hereby is dismissed without prejudice with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 24th day of September, 2009.

                                              s/ HENRY T. WINGATE
                                              CHIEF UNITED STATES DISTRICT JUDGE